■ In the Matter of GERALD ORSECK et al., Appellants, v NEW YORK STATE TAX COMMISSION, Respondent. — Appeal from a judgment of the Supreme Court at Special Term (Cholakis, J.), entered November 9, 1981 in Albany County, which dismissed petitioners' application, in a proceeding pursuant to CPLR article 78, to annul a State Tax Commission determination upholding a notice of tax deficiency. Judgment affirmed, with costs, on the opinion of Mr. Justice Con. G. Cholakis at Special Term. Mahoney, P. J., Main, Casey, Mikoll and Yesawich, Jr., JJ., concur.